UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

HARRY VARGAS, et al, (Moran)

    Defendant.

---

07 Cr 1099

ORDER



PRESENT: HON. NAOMI R. BUCHWALD, U.S.D.J.

On the *ex parte* application of Eric M. Sears, pursuant to the provisions of 18 U.S.C. 3006A(e)(1), for permission to utilize the services of a paralegal assistant in the above entitled matter and to submit a voucher for those services, it is

ORDERED that, Eric M. Sears, counsel for Louis Moran, appointed pursuant to the Criminal Justice Act, may utilize the services of a paralegal assistant in the above entitled matter, with regard to the following duties: reviewing, collating and organizing the discovery materials, cross-checking references, preliminary legal research, preliminary review of recorded conversations to determine duration and content, and like duties, and it is

FURTHER ORDRED that, upon presentation of suitable documentation, Mr. Sears may bill for such services, pursuant to the Criminal Justice Act, at the rate of $50.00 per hour, nunc pro tunc to March 12th, 2008, not to exceed 20 hours.

Dated: USDC, SDNY

SO ORDERED

*[signature]*
U.S.D.J.    5/6/08